UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAURO SUAREZ and FRANCES            )
BOYES, individually and on          )
behalf of all others                )
similarly situated,                 )
      Plaintiffs                    )
                                    )
                 v.              )   C.A. 12-cv-30132-MAP
                                    )
UNITED FOR HIRE, LLC,               )
      Defendant                     )

ORDER REGARDING STATUS CONFERENCE
SET FOR NOVEMBER 7, 2013

October 29, 2013

PONSOR, U.S.D.J.

    After Plaintiffs moved for a status conference to discuss further proceedings in the case (to which Defendant assented), the Clerk's Office set this case for status conference at 3:00 p.m. on November 7, 2013.  In light of the fact that this case was formally closed on February 1, 2013, by operation of the court's Sixty Day Settlement Order of Dismissal (Dkt. No. 20), the court is reluctant to reopen the case.  See Pratt v. Philbrook, 926 F. Supp. 21 (D. Mass. 1996), vacated, Pratt v. Philbrook, 109 F.3d 18 (1st Cir.

1997), remanded to Pratt v. Philbrook, 174 F.R.D. 230 (D. Mass. 1997), aff'd, Pratt v. Philbrook, 141 F.3d 1150 (D. Mass. 1998).

    Counsel shall appear at the status conference prepared to discuss the Pratt series of cases.

    It is So Ordered.

                                           /s/ Michael A. Ponsor
                                           MICHAEL A. PONSOR
                                           U. S. District Judge